AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) RICARDO DAVID ORTIZ-ZAVALA

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03345(1) - LE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 10, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

Sworn to before me,

/S/ VALLES, DAVID R.
Signature of Complainant
Border Patrol Agent

June 12, 2025                                              at   EL PASO, Texas
Date                                                            City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 11:37 A.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) RICARDO DAVID ORTIZ-ZAVALA

FACTS   (CONTINUED)

557.

The DEFENDANT, Ricardo David ORTIZ-Zavala, an alien to the United States and a citizen of Mexico was found approximately 12.7 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on April 2, 2025, through Brownsville, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 6 times, the last one being to Mexico on April 2, 2025, through Brownsville, Texas.

CRIMINAL HISTORY:
12/14/2008, LINCOLN, NM, FAILURE TO APPEAR/OPERATE MOTOR VEHICLE WITH OUT A LICENSE(M), CNV, COURT COST.
12/14/2008, LINCOLN, NB, UNNECESSARY NOISE W/MOTOR VEHICLE(M), CNV, COURT COST.
06/05/2009, LINCOLN, NM, WARRANT/FAILURE TO APPEAR/NO LICENSE/TRAFFIC VIOLATIONS(M), CNV, COURT COST.
04/08/2015, LAS CRUCES, NM, 8 USC 1326 ILLEGAL REENTRY(F), CNV, 27 DAYS T/S.
10/15/2015, Deming, New Mexico, 8 USC 1326(M), CNV, 48 days jail T/S.